1  ADLESON, HESS & KELLY, APC
   Randy M. Hess (SBN 88635)
2  Pamela A. Bower (SBN 151701)
   577 Salmar Avenue, Second Floor
3  Campbell, California 95008
   Telephone:   (408) 341-0234
4  Facsimile:   (408) 341-0250
   rhess@ahklaw.com
5  pbower@ahklaw.com

6  Attorneys for Plaintiff
   SANDFORCE, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 SANDFORCE, INC.                      CASE NO.:  3:13-cv-03422-JSW

11         Plaintiff,

12 v.                                   **STIPULATION TO DISMISSAL OF**
                                        **COMPLAINT, WITH PREJUDICE**
13 TWIN CITY FIRE INSURANCE             AND ORDER THEREON
   COMPANY; HARTFORD FINANCIAL
14 SERVICES GROUP, INC.; THE
   HARTFORD – business entity, form
15 unknown; and DOES 1 through 50,
   inclusive,
16
           Defendants.
17

18

19     Plaintiff SandForce, Inc. and defendants Twin City Fire Insurance Company, Hartford

20 Financial Services Group, Inc. and The Hartford hereby stipulate to dismissal with prejudice

21 of the complaint filed in the above-captioned matter, with each party to bear its own costs

22 and attorneys' fees in the matter.  This stipulation is by all parties and disposes of the matter

23 in its entirety.

24 DATED:  December 23, 2013          ADLESON, HESS & KELLY, APC

25

26                                    By: _____
                                          Randy M. Hess
27                                        Pamela A. Bower
                                          Attorneys for Plaintiff
28                                        SandForce, Inc.

ADLESON, HESS &
KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. 3:13-cv-03422-JSW     STIPULATION TO DISMISSAL OF COMPLAINT, WITH PREJUDICE          1

1

2  DATED: December 23, 2013        MAYNARD, COOPER & GALE, P.C.

3                                 By: _____

4                                     Michael D. Mulvaney
                                       Christopher C. Frost
5                                     Attorneys for Defendants
                                       Twin City Fire Insurance Company, The
6                                     Hartford Financial Services Group, Inc. and
                                       The Hartford

7

8  IT IS SO ORDERED.

9

10  DATED: December 30, 2013       By: _____

11                                     Honorable Jeffrey S. White
                                       Judge, United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADLESON, HESS &
KELLY, APC
877 Selmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. 3:13-cv-03422-JSW     STIPULATION TO DISMISSAL OF COMPLAINT, WITH PREJUDICE     2